1  Lawrence J. Gornick (SBN 136290)
2  Emily Charley (SBN 238542)
   **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, California 94104
4  Tel: (415) 646-7160
   Fax: (415) 981-1270
5

6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | ROBIN CONDER AND MARK CONDER, ) | No. C 05 5269
12 |                              ) | Before the Honorable JEFFREY S. WHITE
   |            Plaintiffs,       ) |
13 |                              ) | [PROPOSED] ORDER VACATING
   | vs.                          ) | AND/OR CONTINUING CASE
14 |                              ) | MANAGEMENT CONFERENCE
   | ELI LILLY AND COMPANY,       ) |
15 |                              ) | Conference Date:  MARCH 24, 2006
   |            Defendant.        ) | Conference Time:  1:30 p.m.
16 |                              ) | Location:         Courtroom 2, 17TH fl.

17      For the reasons set forth in Plaintiffs' Case Management Conference Statement, the Court
18 hereby continues the MARCH 24, 2006 Case Management Conference ("CMC") to
19 __June 2, 2006__, at __1:30pm__. In the event the case is not transferred to the Honorable
20 Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa*
21 *Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC
22 Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.
23

24     **IT IS SO ORDERED**
25

26     DATED:   March 20, 2006

27     _____
       HONORABLE JEFFREY S. WHITE
28     United States District Court Judge

---

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1