|  |  |
|---|---|
| 1 | Lawrence J. Gornick (SBN 136290) |
| 2 | Emily Charley (SBN 238542) |
|   | **LEVIN SIMES KAISER & GORNICK LLP** |
| 3 | One Bush Street, 14th Floor |
|   | San Francisco, California 94104 |
| 4 | Tel: (415) 646-7160 |
| 5 | Fax: (415) 981-1270 |

Lawrence J. Gornick (SBN 136290)
Emily Charley (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Tel: (415) 646-7160
Fax: (415) 981-1270

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ROBIN CONDER AND MARK CONDER, | ) | No. C 05 5269 JSW |
|---|---|---|
| Plaintiffs, | ) | Before the Honorable JEFFREY S. WHITE |
| vs. | ) | [~~PROPOSED~~] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE |
| ELI LILLY AND COMPANY, | ) | Conference Date: JUNE 2, 2006 |
| Defendant. | ) | Conference Time: 1:30 p.m. |
|  | ) | Location: Courtroom 2, 17TH Fl. |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the June 2, 2006 Case Management Conference ("CMC") to __October 27, 2006__, at __1:30 p.m.__. In the event the case is not transferred to the Honorable Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

Plaintiffs shall serve Defendant within 120 days of the date of this Order.

**IT IS SO ORDERED**

DATED: May 19, 2006

_____
HONORABLE JEFFREY S. WHITE
United States District Court Judge

---

[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1